No. 212. CRANE Co. v. WESTINGHOUSE AIR BRAKE Co. ET AL. C. A. 2d Cir. Certiorari denied.

No. 216. B. F. GOODRICH Co. v. NORTHWEST INDUSTRIES, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 219. UNITED MINE WORKERS OF AMERICA v. TENNESSEE PRODUCTS & CHEMICAL CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 224. VLCEK ET UX. v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 225. ARRUDA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 227. RUSSO v. NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 230. VITELLO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 231. COUNTY OF ORANGE ET AL. v. STERLING LIQUOR DISTRIBUTORS, INC. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 232. MATTOX ET AL. v. CARSON, SHERIFF. C. A. 5th Cir. Certiorari denied.

No. 235. STANLEY, INC. v. SCHUSTER, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.